UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF IOWA
(CENTRAL DIVISION)

| | |
|---|---|
| CIERRA DUNN, VERCHON DEBROSSARD, MICHAEL KLINGENBERG, MAKENZIE MOLER, and JAQUAN PATTON, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN DOE 1 – 60, TRUDY PAULSON, TYLER MOFFATT, JACOB HEDLUND, KYLE GRUVER, NICHOLAS VALENTINE, DEB VANVELZEN, JEREMY SPRAGUE, CLARK ALLEN, ERNESTO ESCOBAR HERNANDEZ, CHAD NICOLINO, JEFFREY GEORGE, BRADLEY YOUNGBLUT, SHAWNA ISAAC, JAKE FORRESTER, KIRK BAGBY, DANIEL BLOM, DANA WINGERT, and CITY OF DES MOINES,<br><br>Defendants. | **Case No. 4:21-cv-00053**<br><br><br>**ANSWER AND AFFIRMATIVE DEFENSES OF ALL DEFENDANTS**<br>(Other than Moffatt and Forrester) |

**COME NOW** Defendants John Doe 1 to 60, Trudy Paulson, Jacob Hedlund, Kyle Gruver, Nicolas Valentine, Deb Vanvelzen, Jeremy Sprague, Clark Allen, Ernesto Escobar Hernandez, Chad Nicolino, Jeffrey George, Bradley Youngblut, Shawna Isaac, Kirk Bagby, Daniel Blom, Dana Wingert and the City of Des Moines, Iowa and provide the following Answer to the Plaintiffs' Complaint and also provide the following Affirmative Defenses:

## PARTIES

1.      Defendants can neither admit nor deny Paragraph 1 of the Complaint.

2.      Defendants can neither admit nor deny Paragraph 2 of the Complaint.

3.      Defendants can neither admit nor deny Paragraph 3 of the Complaint.

4.      Defendants can neither admit nor deny Paragraph 4 of the Complaint.

5.      Defendants can neither admit nor deny Paragraph 5 of the Complaint.

6.      Defendants can neither admit nor deny Paragraph 6 of the Complaint.

7.      Admit with the qualification that to the extent this paragraph contains any allegations against or adverse to these Defendants they are denied.

8.      Defendants can neither admit nor deny Paragraph 8 of the Complaint.

9.      Admit with the qualification that to the extent this paragraph contains any allegations against or adverse to these Defendants they are denied.

10.     Admit with the qualification that to the extent this paragraph contains any allegations against or adverse to these Defendants they are denied.

11.     Admit with the qualification that to the extent this paragraph contains any allegations against or adverse to these Defendants they are denied.

12.     Admit with the qualification that to the extent this paragraph contains any allegations against or adverse to these Defendants they are denied.

13.     Admit with the qualification that to the extent this paragraph contains any allegations against or adverse to these Defendants they are denied.

14.     Admit with the qualification that to the extent this paragraph contains any allegations against or adverse to these Defendants they are denied.

15.     Admit with the qualification that to the extent this paragraph contains any allegations against or adverse to these Defendants they are denied.

16.     Admit with the qualification that to the extent this paragraph contains any allegations against or adverse to these Defendants they are denied.

17.     Admit with the qualification that to the extent this paragraph contains any allegations against or adverse to these Defendants they are denied.

18.     Admit with the qualification that to the extent this paragraph contains any allegations against or adverse to these Defendants they are denied.

19.     Admit with the qualification that to the extent this paragraph contains any allegations against or adverse to these Defendants they are denied.

20.     Defendants can neither admit nor deny Paragraph 20 of the Complaint.

21.     Admit with the qualification that to the extent this paragraph contains any allegations against or adverse to these Defendants they are denied.

22.     Admit with the qualification that to the extent this paragraph contains any allegations against or adverse to these Defendants they are denied.

23.     Admit with the qualification that to the extent this paragraph contains any allegations against or adverse to these Defendants they are denied.

24.     Admit with the qualification that to the extent this paragraph contains any allegations against or adverse to these Defendants they are denied.

25.     Admit with the qualification that to the extent this paragraph contains any allegations against or adverse to these Defendants they are denied.

**JURISDICTION AND VENUE**

26.     Admitted, but now irrelevant.

27.     Admitted, but now irrelevant.

28.     Defendants can neither admit nor deny Paragraph 28 of the Plaintiff's Complaint.

**GENERAL FACTUAL ALLEGATIONS**

29.     Denied to the extent this statement is applied to the Des Moines Police Department or the named Defendants.

30.     Denied to the extent this statement is applied to the Des Moines Police

Department or the named Defendants.

31.     Objection, the statement is argumentative as phrased, notwithstanding said objection this paragraph is admitted with the qualification that to the extent this paragraph contains any allegations against or adverse to these Defendants they are denied.

32.     Objection, the statement is argumentative as phrased, notwithstanding said objection this paragraph is admitted with the qualification that to the extent this paragraph contains any allegations against or adverse to these Defendants they are denied.

33.     Admit with the qualification that to the extent this paragraph contains any allegations against or adverse to these Defendants they are denied.

34.     Admitted.

35.     Admitted that some of the individuals in the location described were protesting, but some of the individuals were not engaging in peaceful protesting.

36.     Admitted that this occurred, though damage to the Polk County Courthouse did occur do to the actions of individuals not engaged in peaceful protests.

37.     Denied.

38.     Admitted.

39.     Denied and irrelevant to the issues asserted in this Complaint.

40.     Denied.

41.     Defendants can neither admit or deny Paragraph 41 of the Plaintiff's Complaint.

42.     Admitted that dispersal agents were required, the remainder of the paragraph is denied.

43.     Admitted such use was authorized when appropriate.

44.     Denied.

45.     Admitted that the protests did eventually head to the State Capitol, the rest of the paragraph is denied.

46.     Denied.

47.     Admitted that some police at the State Capitol were in protective equipment, admit some individuals at the Capitol were engaged in peaceful protests, however many were not and therefore the balance of this paragraph is denied.

48.     Denied.

49.     Denied.

50.     Denied.

51.     Denied.

52.     Defendants can neither admit nor deny this Paragraph for lack of information.

53.     Denied.

54.     Denied.

55.     Denied.

56.     Denied, well over this number were associated damage to the Court Avenue District area at this time.

57.     Denied, well over this number were associated with this damage.

58.     Admit that several people did this.

59.     Admit.

60.     Denied.

61.     Denied.

62.     See response to Paragraph 59 above.

63.     Denied.

64.     Denied.

65.     Denied.

66.     Denied.

67.     Denied.

68.     Denied.

69.     Denied.

70.     Denied.

71.     Admit as no officers should have been so charged.

72.     Denied.

73.     Denied.

74.     Denied.

75.     Denied.

76.     Denied.

77.     Denied.

78.     Denied.

79.     Denied.

80.     Denied.

81.     Denied.

82.     Denied.

83.     Denied.

84.     Denied.

85.     Denied.

86.     Denied.

87.     Denied.

88.     Denied.

89.     Denied.

90.     Denied.

91.     Denied.

92.     Denied.

93.     Denied.

94.     Denied.

95.     Denied.

96.     Denied.

97.     Denied.

98.     Denied.

99.     Denied.

100.    Denied.

101.    Denied.

102.    Denied.

103.    Denied.

104.    Denied.

105.    Denied.

106.    Denied.

107.    Denied insofar as it implies the use of pepper spray in this instance was improper.

108.    Denied, this is not an accurate statement of the law regarding the use of force.

109.    Admit with the qualification that to the extent this paragraph contains any

allegations against or adverse to these defendants they are denied.

110.     Admit with the qualification that to the extent this paragraph contains any allegations against or adverse to these defendants they are denied.

111.     Admit with the qualification that to the extent this paragraph contains any allegations against or adverse to these defendants they are denied.

**II.     Class Representatives**

**A.     Cierra Dunn**

112.     Defendants can neither admit nor deny this paragraph for lack of information.

113.     Defendants can neither admit nor deny this paragraph for lack of information.

114.     Defendants can neither admit nor deny this paragraph for lack of information.

115.     Defendants can neither admit nor deny this paragraph for lack of information.

116.     Defendants can neither admit nor deny this paragraph for lack of information.

117.     Defendants can neither admit nor deny this paragraph for lack of information.

118.     Defendants can neither admit nor deny this paragraph for lack of information.

119.     Defendants can neither admit nor deny this paragraph for lack of information.

120.     Defendants can neither admit nor deny this paragraph for lack of information.

121.     Defendants can neither admit nor deny this paragraph for lack of information.

122.     Denied.

123.     Defendants can neither admit nor deny this paragraph for lack of information.

124.     Defendants can neither admit nor deny this paragraph for lack of information.

125.     Defendants can neither admit nor deny this paragraph for lack of information.

126.     Defendants can neither admit nor deny this paragraph for lack of information.

127.     Defendants can neither admit nor deny this paragraph for lack of information.

128.    Defendants can neither admit nor deny this paragraph for lack of information.

129.    Defendants can neither admit nor deny this paragraph for lack of information.

130.    Defendants can neither admit nor deny this paragraph for lack of information.

131.    Defendants can neither admit nor deny this paragraph for lack of information.

132.    Defendants can neither admit nor deny this paragraph for lack of information.

133.    Defendants can neither admit nor deny this paragraph for lack of information.

134.    Defendants can neither admit nor deny this paragraph for lack of information.

135.    Defendants can neither admit nor deny this paragraph for lack of information.

136.    Defendants can neither admit nor deny this paragraph for lack of information.

137.    Denied.

138.    Defendants can neither admit nor deny this paragraph for lack of information.

139.    Denied.

140.    Defendants can neither admit nor deny this paragraph for lack of information.

141.    Defendants can neither admit nor deny this paragraph for lack of information.

142.    Defendants can neither admit nor deny this paragraph for lack of information.

143.    Defendants can neither admit nor deny this paragraph for lack of information.

144.    Defendants can neither admit nor deny this paragraph for lack of information.

145.    Defendants can neither admit nor deny this paragraph for lack of information.

146.    Defendants can neither admit nor deny this paragraph for lack of information.

147.    Defendants can neither admit nor deny this paragraph for lack of information.

148.    Defendants can neither admit nor deny this paragraph for lack of information.

149.    Defendants can neither admit nor deny this paragraph for lack of information.

150.    Defendants can neither admit nor deny this paragraph for lack of information.

151.   Defendants can neither admit nor deny this paragraph for lack of information.

152.   Defendants can neither admit nor deny this paragraph for lack of information.

**B.      Verchon Debrossard**

153.   Defendants can neither admit nor deny this paragraph for lack of information.

154.   Defendants can neither admit nor deny this paragraph for lack of information.

155.   Defendants can neither admit nor deny this paragraph for lack of information.

156.   Defendants can neither admit nor deny this paragraph for lack of information.

157.   Defendants can neither admit nor deny this paragraph for lack of information.

158.   Defendants can neither admit nor deny this paragraph for lack of information.

159.   Defendants can neither admit nor deny this paragraph for lack of information.

160.   Defendants can neither admit nor deny this paragraph for lack of information.

161.   Defendants can neither admit nor deny this paragraph for lack of information.

162.   Defendants can neither admit nor deny this paragraph for lack of information.

163.   Defendants can neither admit nor deny this paragraph for lack of information.

164.   Defendants can neither admit nor deny this paragraph for lack of information.

165.   Defendants can neither admit nor deny this paragraph for lack of information.

166.   Denied.

167.   Denied.

168.   Defendants can neither admit nor deny this paragraph for lack of information.

169.   Defendants can neither admit nor deny this paragraph for lack of information.

170.   Defendants can neither admit nor deny this paragraph for lack of information.

171.   Defendants can neither admit nor deny this paragraph for lack of information.

172.   Defendants can neither admit nor deny this paragraph for lack of information.

173.    Defendants can neither admit nor deny this paragraph for lack of information.

174.    Defendants can neither admit nor deny this paragraph for lack of information.

175.    Defendants can neither admit nor deny this paragraph for lack of information.

176.    Defendants can neither admit nor deny this paragraph for lack of information.

177.    Defendants can neither admit nor deny this paragraph for lack of information.

178.    Defendants can neither admit nor deny this paragraph for lack of information.

179.    Defendants can neither admit nor deny this paragraph for lack of information.

180.    Defendants can neither admit nor deny this paragraph for lack of information.

181.    Defendants can neither admit nor deny this paragraph for lack of information.

182.    Defendants can neither admit nor deny this paragraph for lack of information.

183.    Denied.

184.    Denied.

185.    Denied.

186.    Defendants can neither admit nor deny this paragraph for lack of information.

187.    Defendants can neither admit nor deny this paragraph for lack of information.

188.    Admitted.

189.    Defendants can neither admit nor deny this paragraph for lack of information.

190.    Defendants can neither admit nor deny this paragraph for lack of information.

191.    Defendants can neither admit nor deny this paragraph for lack of information.

192.    Defendants can neither admit nor deny this paragraph for lack of information.

193.    Defendants can neither admit nor deny this paragraph for lack of information.

194.    Defendants can neither admit nor deny this paragraph for lack of information.

195.    Denied.

196.    Defendants can neither admit nor deny this paragraph for lack of information.

197.    Defendants can neither admit nor deny this paragraph for lack of information.

198.    Defendants can neither admit nor deny this paragraph for lack of information.

199.    Defendants can neither admit nor deny this paragraph for lack of information.

**C.      Michael Klingenberg**

200.    Defendants can neither admit nor deny this paragraph for lack of information.

201.    Defendants can neither admit nor deny this paragraph for lack of information.

202.    Defendants can neither admit nor deny this paragraph for lack of information.

203.    Defendants can neither admit nor deny this paragraph for lack of information.

204.    Defendants can neither admit nor deny this paragraph for lack of information.

205.    Defendants can neither admit nor deny this paragraph for lack of information.

206.    Defendants can neither admit nor deny this paragraph for lack of information.

207.    Defendants can neither admit nor deny this paragraph for lack of information.

208.    Defendants can neither admit nor deny this paragraph for lack of information.

209.    Defendants can neither admit nor deny this paragraph for lack of information.

210.    Defendants can neither admit nor deny this paragraph for lack of information.

211.    Defendants can neither admit nor deny this paragraph for lack of information.

212.    Defendants can neither admit nor deny this paragraph for lack of information.

213.    Defendants can neither admit nor deny this paragraph for lack of information.

214.    Defendants can neither admit nor deny this paragraph for lack of information.

215.    Denied.

216.    Defendants can neither admit nor deny this paragraph for lack of information.

217.    Denied.

218.    Denied.

219.    Defendants can neither admit nor deny this paragraph for lack of information.

220.    Defendants can neither admit nor deny this paragraph for lack of information.

221.    Defendants can neither admit nor deny this paragraph for lack of information.

222.    Defendants can neither admit nor deny this paragraph for lack of information.

223.    Defendants can neither admit nor deny this paragraph for lack of information.

**D.      Makenzie Moler**

224.    Defendants can neither admit nor deny this paragraph for lack of information.

225.    Defendants can neither admit nor deny this paragraph for lack of information.

226.    Defendants can neither admit nor deny this paragraph for lack of information.

227.    Defendants can neither admit nor deny this paragraph for lack of information.

228.    Defendants can neither admit nor deny this paragraph for lack of information.

229.    Defendants can neither admit nor deny this paragraph for lack of information.

230.    Defendants can neither admit nor deny this paragraph for lack of information.

231.    Defendants can neither admit nor deny this paragraph for lack of information.

232.    Defendants can neither admit nor deny this paragraph for lack of information.

233.    Denied.

234.    Denied.

235.    Defendants can neither admit nor deny this paragraph for lack of information.

236.    Denied.

237.    Denied.

238.    Defendants can neither admit nor deny this paragraph for lack of information.

239.    Denied.

240.   Denied.

241.   Defendants can neither admit nor deny this paragraph for lack of information.

242.   Defendants can neither admit nor deny this paragraph for lack of information.

243.   Defendants can neither admit nor deny this paragraph for lack of information.

244.   Denied.

245.   Defendants can neither admit nor deny this paragraph for lack of information.

246.   Defendants can neither admit nor deny this paragraph for lack of information.

247.   Defendants can neither admit nor deny this paragraph for lack of information.

248.   Defendants can neither admit nor deny this paragraph for lack of information.

249.   Defendants can neither admit nor deny this paragraph for lack of information.

250.   Defendants can neither admit nor deny this paragraph for lack of information.

**E.     Jaquan Patton**

251.   Defendants can neither admit nor deny this paragraph for lack of information.

252.   Defendants can neither admit nor deny this paragraph for lack of information.

253.   Defendants can neither admit nor deny this paragraph for lack of information.

254.   Defendants can neither admit nor deny this paragraph for lack of information.

255.   Defendants can neither admit nor deny this paragraph for lack of information.

256.   Defendants can neither admit nor deny this paragraph for lack of information.

257.   Defendants can neither admit nor deny this paragraph for lack of information.

258.   Defendants can neither admit nor deny this paragraph for lack of information.

259.   Defendants can neither admit nor deny this paragraph for lack of information.

260.   Denied.

261.   Defendants can neither admit nor deny this paragraph for lack of information.

262.     Defendants can neither admit nor deny this paragraph for lack of information.

263.     Defendants can neither admit nor deny this paragraph for lack of information.

264.     Defendants can neither admit nor deny this paragraph for lack of information.

265.     Defendants can neither admit nor deny this paragraph for lack of information.

266.     Defendants can neither admit nor deny this paragraph for lack of information.

267.     Defendants can neither admit nor deny this paragraph for lack of information.

268.     Defendants can neither admit nor deny this paragraph for lack of information.

269.     Defendants can neither admit nor deny this paragraph for lack of information.

270.     Defendants can neither admit nor deny this paragraph for lack of information.

271.     Denied.

272.     Defendants can neither admit nor deny this paragraph for lack of information.

273.     Defendants can neither admit nor deny this paragraph for lack of information.

274.     Defendants can neither admit nor deny this paragraph for lack of information.

275.     Defendants can neither admit nor deny this paragraph for lack of information.

276.     Defendants can neither admit nor deny this paragraph for lack of information.

## CLASS ALLEGATIONS

277.     Denied.

278.     Denied.

279.     Denied.

280.     Denied.

281.     Denied.

282.     Denied.

283.     Denied.

## CAUSES OF ACTION

### COUNT 1 – Illegal Seizure Fourth Amendment

284.    Defendants incorporate herein by reference their answers to the preceding paragraphs.

285.    Denied.

286.    Denied.

287.    Denied.

288.    Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiffs and an entry of costs against Plaintiffs upon this count.

### COUNT 2 – Illegal Seizure Iowa Constitution

289.    Defendants incorporate herein by reference their answers to the preceding paragraphs.

290.    Denied.

291.    Denied.

292.    Denied.

293.    Denied.

294.    Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiffs and an entry of costs against Plaintiffs upon this count.

### COUNT 3 – Excessive Force – Fourth Amendment

295.    Defendants incorporate herein by reference their answers to the preceding paragraphs.

296.    Denied.

297.    Denied.

298.    Denied.

299.    Denied.

300.    Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiffs and an entry of costs against Plaintiffs upon this count.

### COUNT 4 – Excessive Force – Iowa Constitution

301.    Defendants incorporate herein by reference their answers to the preceding paragraphs.

302.    Denied.

303.    Denied.

304.    Denied.

305.    Denied.

306.    Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiff sand an entry of costs against Plaintiffs upon this count.

### COUNT 5 – Violation for First Amendment

307.    Defendants incorporate herein by reference their answers to the preceding paragraphs.

308.    Defendants can neither admit nor deny this paragraph for lack of information.

309.    Denied.

310.    Denied.

311.    Denied.

312.    Denied.

313.    Denied.

314.    Denied.

315.    Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiffs and an entry of

costs against Plaintiffs upon this count.


### COUNT 6 – Violation of Iowa Constitution Art. 1, §7

316.    Defendants incorporate herein by reference their answers to the preceding

paragraphs.

317.    Defendants can neither admit nor deny this paragraph for lack of information.

318.    Denied.

319.    Denied.

320.    Denied.

321.    Denied.

322.    Denied.

323.    Denied.

324.    Denied.

325.    Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiffs and an entry of

costs against Plaintiffs upon this count.

### COUNT 7 – Conspiracy Under Federal Constitution §1983, §1985

326.    Defendants incorporate herein by reference their answers to the preceding paragraphs.

327.    Denied.

328.    Denied.

329.    Denied.

330.    Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiffs and an entry of costs against Plaintiffs upon this count.

### COUNT 8 – Conspiracy under Art. I, §§6, 8 Iowa Constitution

331.    Defendants incorporate herein by reference their answers to the preceding paragraphs.

332.    Denied.

333.    Denied.

334.    Denied.

335.    Denied.

336.    Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiffs and an entry of costs against Plaintiffs upon this count.

### COUNT 9 – Deliberately Indifferent Police, Practices, Customs, Training and Supervision under the Federal Constitution

337.    Defendants incorporate herein by reference their answers to the preceding

paragraphs.

338. Admitted.

339. Admitted.

340. Admitted.

341. Admitted.

342. Denied.

343. Denied.

344. Denied.

345. Denied.

346. Denied.

347. Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiffs and an entry of

costs against Plaintiffs upon this count.

**COUNT 10** – **Deliberately Indifferent Police, Practices, Customs, Training and Supervision under the Iowa Constitution**

348. Defendants incorporate herein by reference their answers to the preceding

paragraphs.

349. Admitted.

350. Admitted.

351. Admitted.

352. Denied.

353. Denied.

354. Denied.

355. Denied.

356.   Denied.

357.   Denied.

358.   Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiffs and an entry of costs against Plaintiffs upon this count.

## COUNT 11 – Intentional Infliction of Emotional Distress

359.   Defendants incorporate herein by reference their answers to the preceding paragraphs.

360.   Denied.

361.   Denied.

362.   Denied.

363.   Denied.

364.   Denied.

365.   Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiffs and an entry of costs against Plaintiffs upon this count.

## COUNT 12 – Malicious Prosecution

366.   Defendants incorporate herein by reference their answers to the preceding paragraphs.

367.   Admitted.

368.   Defendants can neither admit nor deny this paragraph for lack of information.

369.   Denied.

370.    Denied.

371.    Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiffs and an entry of costs against Plaintiffs upon this count.


## COUNT 13 – False Arrest/Imprisonment

372.    Defendants incorporate herein by reference their answers to the preceding paragraphs.

373.    Denied.

374.    Denied.

375.    Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiffs and an entry of costs against Plaintiffs upon this count.

## COUNT 14 – Libel

376.    Defendants incorporate herein by reference their answers to the preceding paragraphs.

377.    Denied.

378.    Denied.

379.    Denied.

380.    Denied.

381.    Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiffs and an entry of costs against Plaintiffs upon this count.

## COUNT 15 – Assault and Battery

382.    Defendants incorporate herein by reference their answers to the preceding paragraphs.

383.    Denied.

384.    Denied.

385.    Denied.

386.    Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiffs and an entry of costs against Plaintiffs upon this count.

## COUNT 16 – Negligence/Gross Negligence/Recklessness

387.    Defendants incorporate herein by reference their answers to the preceding paragraphs.

388.    Admitted.

389.    Denied.

390.    Denied.

391.    Denied.

392.    Denied.

393.    Denied.

WHEREFORE, the Defendants pray for judgment against the plaintiffs and an entry of costs against Plaintiffs upon this count.

## COUNT 17 – Respondeat Superior

394.    Defendants incorporate herein by reference their answers to the preceding

paragraphs.

395.    Admitted.

396.    Denied.

397.    Admitted.

WHEREFORE, the Defendants pray for judgment against the plaintiffs and an entry of costs against Plaintiffs upon this count.

## AFFIRMATIVE DEFENSES

COME NOW, the Defendants and state the following affirmative defenses:

1. The Plaintiffs fail to state a claim upon which relief can be granted.

2. All named Defendants have qualified immunity from suit under the Federal Constitution as their actions were reasonable from their perspective at the time and/or in good faith and not contrary to well-established law.

3. The Defendants are immune pursuant to Iowa Code Chapter 670.

4. The plaintiffs will not be able to satisfy the prerequisite under FRCP  23 that the class is so numerous that joinder of all members is impractical

5.The plaintiffs will not be able to satisfy the prerequisite under FRCP  23(a) that there are questions of law or fact common to the class.

6. The plaintiffs will not be able to satisfy the prerequisite under FRCP 23(a) that the claims or defenses of the representative parties are typical of the claims or defenses  of the class.

7. The plaintiffs will not be able to satisfy the prerequisite under FRCP 23(a) that the representative parties will fairly and adequately protect the interests of the class.

8. The plaintiffs will not be able to satisfy the additional requirements set forth under FRCP 23(b).

9. The Defendants had reasonable basis to suspect the plaintiffs were engaged in criminal activity.

10. Defendant City of Des Moines cannot be found liable for punitive damages.

11. The Plaintiffs will not be able to establish the City of Des Moines had a custom, policy or practice that violated the Plaintiffs' or any citizen's constitutional rights in regard to the issues asserted in Plaintiffs' Complaint.

12. The Plaintiffs will not be able to establish of a pervasive pattern of unconstitutional conduct on the part of the City of Des Moines in the hiring and/or retention of police officers or in regard to any other matter asserted in his Complaint.

13.     Plaintiffs' claims are subject to Iowa Code Chapter 668 as their actions precipitated the actions taken against them and thus their fault must be compared to that of any particular defendant or defendants and thus may be reduced or barred.

14. The Defendants reserve the right to supplement their affirmative defenses as discovery continues in this case.

Respectfully submitted,


_____*/s/ John O. Haraldson*_____
John O. Haraldson    AT0003231
Assistant City Attorney
City Hall, 400 Robert D. Ray Dr.
Des Moines, IA  50309-1891
Telephone:  (515) 283-4547
Facsimile:  (515) 237-1748
E-mail:  JOHaraldson@dmgov.org

*/s/Gregory R. Brown*_____
Gregory R. Brown AT0001223
Duncan, Green, Brown & Langeness, P.C.
400 Locust Street, Suite 380
Des Moines, Iowa 50309-2331

25

Telephone: (515) 288-6440
Facsimile:(515)288-6448
E-Mail: gbrown@duncangreenlaw.com

ATTORNEYS FOR ALL DEFENDANTS EXCEPT
TYLER MOFFATT AND JAKE FORRESTER

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 19, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and a true copy of the foregoing was electronically sent via the Clerk of Court and plaintiffs' counsel.

_/s/ John O. Haraldson_
John O. Haraldson
Assistant City Attorney