UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF IOWA
(CENTRAL DIVISION)

| | |
|---|---|
| CIERRA DUNN, VERCHON DEBROSSARD, MICHAEL KLINGENBERG, MAKENZIE MOLER, and JAQUAN PATTON, individually and on behalf of all other similarly situated, | **Case No. 4:21-cv-00053** |
| Plaintiffs, | |
| vs. | **SCHEDULING ORDER AND DISCOVERY PLAN** |
| JOHN DOE 1 – 60, TRUDY PAULSON, TYLER MOFFATT, JACOB HEDLUND, KYLE GRUVER, NICHOLAS VALENTINE, DEB VANVELZEN, JEREMY SPRAGUE, CLARK ALLEN, ERNESTO ESCOBAR HERNANDEZ, CHAD NICOLINO, JEFFREY GEORGE, BRADLEY YOUNGBLUT, SHAWNA ISAAC, JAKE FORRESTER, KIRK BAGBY, DANIEL BLOM, DANA WINGERT, and CITY OF DES MOINES, | |
| Defendants. | |

COUNSEL have conferred and submit the following case information and proposed dates for case management:

1.      Did the parties both (a) enter into an agreement at the Rule 26(f) conference resolving all issues related to initial disclosures, and (b) discuss the preservation, disclosure and discovery of electronically stored information?  _X_ Yes    __ No
**If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 14 days after this order and plan has been filed, serve and filed a document in which the objections are set forth with particularity.**  If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made.

2.      Deadline for motions to add parties:  June 21, 2021

3.      Deadline for motions to amend pleadings: June 21, 2021

4.      Expert witnesses disclosed by:
       a.      Plaintiff: August 4, 2021
       b.      Defendant: October 4, 2021
       c.      Plaintiff Rebuttal: November 4, 2021

5.      Deadline for **completion** of discovery: January 4, 2022

6.      Dispositive motions deadline (**at least 150 days before Trial Ready Date**): Feb. 4, 2022

7.      Trial Ready Date (**at least 150 days after Dispositive Motions Date**): September 26, 2022

8.      Has a jury demand been filed?  _X_ Yes  ___ No

9.      Estimate length of trial: Ten (10) days

10.     Settlement conference (choose one of the following):

       a. ___ A court-sponsored settlement conference should be set by the court at this time for a date after:

       or

       b. _X_ A court-sponsored settlement conference is not necessary at this time.

11.     Should the court order a court-sponsored scheduling and planning conference pursuant to Fed. R. Civ. P. 16(b) and 26(f)?

        _X_ Yes  ____ No

12.     Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals?  28 U.S.C. §636(c)

        ___ Yes  _X_ No

*/s/Gina Messamer*
Gina Messamer AT0011823
2910 Grand Avenue
Des Moines, IA 50312
Telephone: (515)284-5737
Facsimile: (515)284-1704
Email: Gmessamer@parishlaw.com
**ATTORNEY FOR PLAINTIFF**

*/s/John O. Haraldson*
John O. Haraldson  AT0003231
Assistant City Attorney
City Hall, 400 Robert D. Ray Dr.
Des Moines, IA  50309-1891
Telephone:  (515) 283-4547
Facsimile:  (515) 237-1748
E-mail:  joharaldson@dmgov.org

*/s/Gregory R. Brown*
Gregory R. Brown AT0001223
Duncan, Green, Brown & Langeness, P.C.
400 Locust Street, Suite 380
Des Moines, Iowa 50309-2331
Telephone: (515) 288-6440
Facsimile:(515)288-6448
E-Mail: gbrown@duncangreenlaw.com

2

**ATTORNEYS FOR ALL DEFENDANTS
EXCEPT TYLER MOFFATT and
JAKE FORRESTER**

*/s/Michael C. Richards*
Michael C. Richards AT0010828
*/s/Katie Anderegg*
Katie Anderegg AT0013357
215 10th Street, Suite 1300
Des Moines, Iowa 50309
Telephone: (515)288-2500
Facsimile: (515)243-0654
Email: MikeRichards@davisbrownlaw.com
      KatieAnderegg@davisbrownlaw.com
**ATTORNEYS FOR DEFENDANTS
TYLER MOFFATT and JAKE
FORRESTER**

## JUDGE'S REVISIONS

The deadline in Paragraph ___ is changed to _____
The deadline in Paragraph ___ is changed to _____
The deadline in Paragraph ___ is changed to _____

**IT IS ORDERED** that this proposed Scheduling Order and Discovery Plan

___ is approved and adopted by this court.

___ is not approved and adopted by this court.

**IT IS FURTHER ORDERED** that a scheduling and planning conference:

___ will not be scheduled at this time.

___ will be held in the chambers of Judge _____ at the U.S. Courthouse in _____, Iowa on the _____ day of _____, at _____ o'clock ___ a.m. ___ p.m.

___ will be held by telephone conference, initiated by the court on the ___ day Of _____ at _____ o'clock ___ a.m. ___ p.m.

3

DATED this _____ day of _____, _____.


_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT


**ORDER OF REFERENCE**


     **IT IS HEREBY ORDERED** that this case is referred to a U.S. Magistrate Judge for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. §636(c) and the consent of the parties.

**DATED** this _____ day of _____, _____.


_____
                       UNITED STATES DISTRICT
                       JUDGE