# UNITED STATES DISTRICT COURT
# IN AND FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| CIERRA DUNN, VERCHON DEBROSSARD, MICHAEL KLINGENBERG, MAKENZIE MOLER, and JAQUAN PATTON, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN DOE 1 – 60, TRUDY PAULSON, TYLER MOFFATT, JACOB HEDLUND, KYLE GRUVER, NICHOLAS VALENTINE, DEB VANVELZEN, JEREMY SPRAGUE, CLARK ALLEN, ERNESTO ESCOBAR HERNANDEZ, CHAD NICOLINO, JEFFREY GEORGE, BRADLEY YOUNGBLUT, SHAWNA ISAAC, JAKE FORRESTER, KIRK BAGBY, DANIEL BLOM, DANA WINGERT, and CITY OF DES MOINES, IOWA,<br><br>Defendants. | Case No. 4:21-cv-53<br><br><br>JOINT STATUS REPORT |

**COME NOW** the parties and for this Joint Status Report state the following:

1. Plaintiffs' amended petition adds several plaintiffs in lieu of proceeding as a class action. The amended petition also identifies specific claims and defendants that correspond with each plaintiff. Several of the defendants, once served, will likely be represented by separate counsel not already involved in this lawsuit

2. Given the addition of many plaintiffs and many defendants (and likely new lawyers), the parties believe it would make sense to re-start all of deadlines and pick a

1

new trial date. The parties would suggest that the Court set a scheduling conference for later in November, which will allow time for the new defendants to be served and any new attorneys to familiarize themselves with the petition.

3. Discovery is in process. The City of Des Moines still has not provided an index of the available body camera footage so that Plaintiffs' counsel can identify the yet-unproduced video. Nor has the City of Des Moines provided all of the police reports from the events at issue. Mr. Haraldson recently indicated to Plaintiffs' counsel that much of this discovery would be provided in the near future. The City of Des Moines is also awaiting discovery responses to pending interrogatories and production responses from the current five named Plaintiffs.

4. The City of Des Moines would like to alert the Court that they may be filing a motion to sever.

5. Plaintiffs intend to file a motion to compel in the near future regarding officer disciplinary files.

*Respectfully submitted,*

> PARRISH KRUIDENIER DUNN GENTRY
> BROWN BERGMANN & MESSAMER, L.L.P.
>
> By:   */s/ Gina Messamer*
> Gina Messamer          AT0011823
> 2910 Grand Avenue
> Des Moines, Iowa 50312
> Telephone: (515) 284-5737
> Facsimile: (515) 284-1704
> Email: gmessamer@parrishlaw.com
> **ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 13, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served electronically on the attorneys of record.

By: _/s/ Gina Messamer_