# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| CIERRA DUNN, VERCHON DEBROSSARD, MICHAEL KLINGENBERG, TRENTAE FUGATE, CAMERON LARD, SOPHIA JACOBSEN, JIVONTE JOHNSON, JAYVIONE LEWIS, MAKENZIE MOLER, JAQUAN PATTON, JOSHUA PETEFISH, TYLER ROBINSON MCCUDDIN, EMMA TIMBERLAKE, HARRISON WOODS, and TONY YOUNG,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN DOE 1 – 20, et. al.,<br><br>Defendants. | CASE NO. 4:21-cv-53<br><br><br><br>PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) – DEFENDANTS GRIMES & PLEASANT HILL |

**COME NOW** the Plaintiffs, and for this Voluntary Dismissal without Prejudice of Claims Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), state as follows:

1. Plaintiff filed an Amended Petition on September 30, 2021. [ECF No. 23].

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff may dismiss a claim without court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. By default, the dismissal is without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

3. Plaintiffs hereby voluntarily dismiss without prejudice all counts against Defendant James Grimes: Counts 1, 2, 3, 4, 7, 8, 10, and 11.

4. Plaintiffs hereby voluntarily dismiss without prejudice all counts against Defendant Pleasant Hill: Count 12.

5. Defendants Grimes and Pleasant Hill have not yet filed an answer or a motion for summary judgment.

6. Plaintiffs continue to pursue all other claims against all other defendants except Defendants Grimes and Pleasant Hill.

*Respectfully submitted,*

        **PARRISH KRUIDENIER DUNN GENTRY**
        **BROWN BERGMANN & MESSAMER, L.L.P.**

By:   */s/ Gina Messamer*
       Gina Messamer       AT0011823
       2910 Grand Avenue
       Des Moines, Iowa 50312
       Telephone: (515) 284-5737
       Facsimile: (515) 284-1704
       Email: gmessamer@parrishlaw.com
       **ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 18, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served electronically on the attorneys of record.

By:   */s/ Gina Messamer*