# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| CIERRA DUNN et. al.,<br><br>　Plaintiffs,<br><br>vs.<br><br>JOHN DOE 1 – 20, et. al.,<br><br>　Defendants. | CASE NO. 4:21-cv-53<br><br>MOTION FOR ENTRY OF FINAL JUDGMENT ON DUNN AND FUGATE COUNTS 1 AND 8 |

**COME NOW** the Plaintiffs and for this Motion for Entry of Final Judgment on Dunn and Fugate Counts 1 and 8 respectfully state as follows:

1. The Court issued an amended ruling on the parties' cross motions for summary judgment on April 19, 2023. (ECF No. 220).

2. In that ruling, the Court granted qualified immunity to Defendants as to Cierra Dunn and Trentae Fugate's claims, specifically Count 1 (federal illegal seizure) and Count 8 (false arrest). (*Id.* at 104–08).

3. The Court's judgment as to Cierra Dunn and Trentae Fugate effectively is a final judgment dismissing Count 1 and Count 8.

4. Federal Rule of Civil Procedure 54(b) allows the Court to enter final judgment as to "one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay."

5. Several of the Defendants have entered a notice of interlocutory appeal, which they are entitled to do on questions of qualified immunity.

6. Plaintiffs Dunn and Fugate would like to cross-appeal the qualified immunity issues involved in the dismissal of their claims. It would be in the interests of judicial

1

economy to present these issues to the Eighth Circuit at the same time the Eighth Circuit is considering Defendants' appeal of this case.

7.  Plaintiffs Dunn and Fugate therefore ask the Court to enter final judgment per Rule 54(b) on Counts 1 and 8. Procedurally, this will allow them to file a notice of cross-appeal. As the Eighth Circuit noted in one interlocutory qualified-immunity appeal, the "Court also has jurisdiction to resolve the issues raised in [plaintiff's] cross-appeal because the District Court entered its order pursuant to Federal Rule of Civil Procedure 54(b), thus making the order final for the purpose of appeal under 28 U.S.C. § 1291." *Mettler v. Whitledge*, 165 F.3d 1197, 1202 (8th Cir. 1999).

**WHEREFORE**, Plaintiffs respectfully request that the Court enter final judgment per Rule 54(b) on Counts 1 and 8 as to:

Plaintiff Dunn in favor of Defendants Holtan, Moffatt, Palmer, McTaggart, Bagby, and John Doe; and

Plaintiff Fugate in favor of Holtan, Palmer, Callahan, McTaggart, Bagby, and John Doe.

**PARRISH KRUIDENIER DUNN GENTRY BROWN BERGMANN & MESSAMER, L.L.P.**

By: ___/s/ Gina Messamer_____
 Gina Messamer  AT0011823
 2910 Grand Avenue
 Des Moines, Iowa 50312
 Telephone: (515) 284-5737
 Facsimile: (515) 284-1704
 Email: gmessamer@parrishlaw.com
 **ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 17, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served electronically

on the attorneys of record.

By: /s/ Gina Messamer