# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| CIERRA DUNN et. al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN DOE 1 – 20, et. al.,<br><br>Defendants. | CASE NO. 4:21-cv-53<br><br>DUNN & FUGATE PARTIAL VOLUNTARY DISMISSAL |

### CIERRA DUNN & TRENTAE FUGATE DISMISSAL OF ALL CLAIMS AGAINST PALMER, MOFFATT, & ALTOONA

**COME NOW** Plaintiffs Cierra Dunn and Trentae Fugate and, pursuant to a settlement agreement, hereby voluntarily dismiss their claims against Defendants Moffatt, Palmer, and City of Altoona, with prejudice, without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii). Plaintiffs continue to maintain all other claims.

**PARRISH KRUIDENIER DUNN GENTRY BROWN BERGMANN & MESSAMER, L.L.P.**

By: __/s/ Gina Messamer_____
Gina Messamer        AT0011823
2910 Grand Avenue
Des Moines, Iowa 50312
Telephone: (515) 284-5737
Facsimile: (515) 284-1704
Email: gmessamer@parrishlaw.com
**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 14, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served electronically on the attorneys of record.

By: __/s/ Gina Messamer_____

### DEFENDANTS' STIPULATION

**COME NOW**, the Defendants, by and through their undersigned counsel, and hereby stipulate to the voluntary dismissal with prejudice without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii).

By: __/s/ Michael Richards_____
Michael C. Richards, AT0010828
DENTONS DAVIS BROWN PC
215 10th Street, Suite 1300
Des Moines, Iowa 50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
Email: mike.richards@dentons.com
**ATTORNEY FOR DEFENDANTS
PALMER, MOFFATT, AND ALTOONA**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 14, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served electronically on the attorneys of record.

By: __/s/ Gina Messamer_____