# TRANSMITTAL SHEET

TO: Clerk, U.S. Court of Appeals, 8th Circuit         DATE: 6/14/2023

FROM: Clerk, U.S. District Court, Southern District of Iowa – Council Bluffs

Appeal Number: **23-2220 and 23-2226**

District Court Number: 4**:21-cv-00053**

Name: **Dunn et al v. John Doe 1-22 et al**

TRANSMITTED HEREWITH:

Original File:

Designated Clerk's Record:

PSI Report:

Transcript: **Motion Hearing [243] – 1 copy**

Exhibits:

Comments: