# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| CIERRA DUNN et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN DOE 1 – 20, et. al., <br><br> Defendants. | CASE NO. 4:21-cv-53 <br><br> PATTON, JOHNSON, & JACOBSEN PARTIAL VOLUNTARY DISMISSAL |

### JAQUAN PATTON DISMISSAL
### OF ALL CLAIMS AGAINST FORRESTER & CITY OF WEST DES MOINES

**COMES NOW** Plaintiff Jaquan Patton and, pursuant to a settlement agreement, hereby voluntarily dismisses his claims against Defendants Forrester and City of West Des Moines, with prejudice, without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii). Plaintiff continues to maintain all other claims.

### JIVONTE JOHNSON DISMISSAL
### OF ALL CLAIMS AGAINST MOFFATT & CITY OF ALTOONA

**COMES NOW** Plaintiff Jivonte Johnson and, pursuant to a settlement agreement, hereby voluntarily dismisses his claims against Defendants Moffatt and City of Altoona, with prejudice, without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii). Plaintiff continues to maintain all other claims.

### SOPHIA JACOBSEN DISMISSAL
### OF ALL CLAIMS AGAINST PALMER & CITY OF ALTOONA

**COMES NOW** Plaintiff Sophia Jacobsen and, pursuant to a settlement agreement, hereby voluntarily dismisses her claims against Defendants Palmer and City of Altoona,

with prejudice, without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii). Plaintiff continues to maintain all other claims.

**PARRISH KRUIDENIER DUNN GENTRY BROWN BERGMANN & MESSAMER, L.L.P.**

By: ___/s/ Gina Messamer_____
Gina Messamer          AT0011823
2910 Grand Avenue
Des Moines, Iowa 50312
Telephone: (515) 284-5737
Facsimile: (515) 284-1704
Email: gmessamer@parrishlaw.com
**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 26, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served electronically on the attorneys of record.

By: ___/s/ Gina Messamer_____

**DEFENDANTS' STIPULATION**

**COME NOW**, the Defendants, by and through their undersigned counsel, and hereby stipulate to the voluntary dismissal with prejudice without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii).

By: ___/s/ Michael Richards_____
Michael C. Richards, AT0010828
DENTONS DAVIS BROWN PC
215 10th Street, Suite 1300
Des Moines, Iowa 50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
Email: mike.richards@dentons.com
**ATTORNEY FOR DEFENDANTS PALMER, MOFFATT, FORRESTER, CITY OF ALTOONA & CITY OF WEST DES MOINES**

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 26, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served electronically on the attorneys of record.

By: ___/s/ Gina Messamer___