# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2220

Cierra Dunn, et al.

Appellees

v.

John Does, 1-22, et al.

Appellants

Tyler Palmer

David Chiodo, et al.

Appellants

Nick Smith

Adam Herman and Todd Wilshushen

Appellants

Ken Callahan

Ryan Armstrong

Appellant

Tyler Moffatt

Jacob Hedlund, et al.

Appellants

Chad Nicolino and Jeffrey George

Brad Youngblut

Appellant

Jake Forrester

Kirk Bagby

Appellant

Dana Wingert, et al.

No: 23-2268

Cierra Dunn, et al.

Emma Timberlake

Appellee

Harrison Woods and Tony Young

v.

John Does, 1-22, et al.

Nick Smith

Appellant

Adam Herman, et al.

Polk County Iowa

Appellant

City of West Des Moines and City of Altoona

No: 23-2304

Cierra Dunn

Appellant

Verchon Debrossard and Michael Klingenberg

Trentae Fugate

Appellant

Cameron Lard, et al.

v.

John Does, 1-22 and Ian Lawler

Michael McTaggart and Brandon Holtan

Appellees

Chris Hardy, et al.

Ken Callahan

Appellee

Ryan Armstrong, et al.

Kirk Bagby

Appellee

Dana Wingert

City of Des Moines, Iowa and Polk County Iowa

Appellees

City of West Des Moines and City of Altoona

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:21-cv-00053-SHL)
(4:21-cv-00053-SHL)
(4:21-cv-00053-SHL)

---

**ORDER**

Appellant's motion to file an overlength brief is denied. See Eighth Circuit Rule 28(l).

July 25, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans