IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| CIERRA DUNN ET AL.,<br><br>　　　　　　Plaintiffs,<br>vs.<br>JOHN DOES 1-22, ET AL.,<br><br>　　　　　　Defendants. | CASE NO. 4:21-CV-00053-SHL-HCA<br><br>ORDER CANCELING ALL<br>DEADLINES AND HEARINGS<br>AND FOR CLOSING DOCUMENTS |

　　　　The parties reached a settlement agreement on September 6, 2024. Accordingly, all deadlines and hearings are canceled.

　　　　Closing documents shall be filed by October 16, 2024. If no closing documents are filed, pursuant to Local Rule 41(c) the Court may order dismissal of this action without further notice. Within 60 days of a dismissal order, either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

　　　　IT IS SO ORDERED.

　　　　DATED September 9, 2024.

_____
William P. Kelly
UNITED STATES MAGISTRATE JUDGE