# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| CIERRA DUNN et. al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>JOHN DOE 1 – 20, et. al.,<br><br>    Defendants. | CASE NO. 4:21-cv-53<br><br>PARTIAL VOLUNTARY DISMISSAL |

### ALL PLAINTIFFS' DISMISSAL
### OF ALL CLAIMS AGAINST CITY OF DES MOINES
### and CITY OF DES MOINES EMPLOYEES

**COMES NOW** Plaintiffs and, pursuant to a settlement agreement, hereby voluntarily dismisses their claims against Defendants City of Des Moines and employees of City of Des Moines (Ian Lawler, Michael McTaggart, Brandon Holtan, Chris Hardy, Brendan Egan, Jeremy Betts, Dave Chiodo, Timothy Coughennower, Benjamin McCarthy, Adam Herman, Todd Wilshusen, Ryan Armstrong, Jacob Hedlund, Kyle Gruver, Nichols Valentine, Clark Allen, Ernesto Escobar Hernandez, Bradley Youngblut, and Kirk Bagby), with prejudice, without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Plaintiff Emma Timberlake continues to maintain her claims against Defendants Polk County and Nick Smith, pending final approval by the Polk County Board of Supervisors of a settlement agreement. This is the sole remaining claim in this lawsuit.

**PARRISH KRUIDENIER, L.L.P.**

By: __/s/ Gina Messamer__
        Gina Messamer        AT0011823

1

2910 Grand Avenue
Des Moines, Iowa 50312
Telephone: (515) 284-5737
Facsimile: (515) 284-1704
Email: gmessamer@parrishlaw.com
**ATTORNEY FOR PLAINTIFFS**

## DEFENDANTS' STIPULATION

**COME NOW**, the Defendants, by and through their undersigned counsel, and hereby stipulate to the voluntary dismissal with prejudice without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

By: /s/ John Haraldson
John Haraldson
DES MOINES CITY ATTORNEY
400 ROBERT D. RAY DRIVE
DES MOINES, IA 50309-1891
515-283-4537
Fax: 515-237-1748
Email: JOHaraldson@dmgov.org
**ATTORNEY FOR CITY OF DES MOINES DEFENDANTS**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 15, 2024, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served electronically on the attorneys of record.

By: /s/ Gina Messamer